JUDGE REINHARD

MAGISTRATE JUDGE JOHNSTON

FILED
APR 16 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **19 CR 5 0 0 2 6** |
| ) | |
| vs. ) | Violations: Title 8, United States |
| ) | Code, Sections 1324(a)(2)(B)(ii) and |
| ) | (iii); 1324(a)(1)(A)(i) and |
| LUIS ALFREDO DELACRUZ ) | 1324(a)(1)(B)(i); 1324(a)(1)(A)(ii) and |
| ) | 1324(a)(1)(B)(i); 1324(a)(1)(A)(iii) and |
| ) | 1324(a)(1)(B)(i) |

## COUNT ONE

The MAY 2018 GRAND JURY charges:

On or about April 3, 2016, in the Northern District of Illinois, Western Division and elsewhere,

LUIS ALFREDO DELACRUZ,

defendant herein, knowing and in reckless disregard of the fact that an alien, namely, Individual A, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, for the purpose of commercial advantage and private financial gain, and did not upon arrival immediately bring and present said alien to an appropriate immigration officer at a designated port of entry;

in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and (iii) and Title 18, United States Code, Section 2.

1

## COUNT TWO

The MAY 2018 GRAND JURY further charges:

On or about November 1, 2015, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, knowing and in reckless disregard of the fact that an alien, namely, Individual B, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, for the purpose of commercial advantage and private financial gain, and did not upon arrival immediately bring and present said alien to an appropriate immigration officer at a designated port of entry;

in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and (iii) and Title 18, United States Code, Section 2.

## COUNT THREE

The MAY 2018 GRAND JURY further charges:

On or about April 3, 2016, in the Northern District of Illinois, Western Division and elsewhere,

## LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly bring to the United States an alien, namely Individual A, knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security;

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II) and 1324(a)(1)(B)(i).

**COUNT FOUR**

The MAY 2018 GRAND JURY further charges:

On or about November 1, 2015, in the Northern District of Illinois, Western Division and elsewhere,

LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly bring to the United States an alien, namely Individual B, knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security;

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II) and 1324(a)(1)(B)(i).

## COUNT FIVE

The MAY 2018 GRAND JURY further charges:

On or about April 3, 2016, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that a certain alien, Individual A, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain;

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT SIX

The MAY 2018 GRAND JURY further charges:

On or about November 1, 2015, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that a certain alien, Individual B, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain;

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT SEVEN

The MAY 2018 GRAND JURY further charges:

On or about June 1, 2018, in Cortland, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that Individual B had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield Individual B from detection in buildings and other places and through employment by Alfredo's Iron Works, for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT EIGHT

The MAY 2018 GRAND JURY further charges:

On or about June 1, 2018, in Cortland, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that Individual C had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield Individual C from detection in buildings and other places and through employment by Alfredo's Iron Works, for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT NINE

The MAY 2018 GRAND JURY further charges:

On or about June 1, 2018, in Cortland, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that Individual D had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield Individual D from detection in buildings and other places and through employment by Alfredo's Iron Works, for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT TEN

The MAY 2018 GRAND JURY further charges:

On or about June 1, 2018, in Cortland, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that Individual E had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield Individual E from detection in buildings and other places and through employment by Alfredo's Iron Works, for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT ELEVEN

The MAY 2018 GRAND JURY further charges:

On or about June 1, 2018, in Cortland, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that Individual F had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield Individual F from detection in buildings and other places and through employment by Alfredo's Iron Works, for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT TWELVE

The MAY 2018 GRAND JURY further charges:

On or about June 1, 2018, in Cortland, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that Individual G had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield Individual G from detection in buildings and other places and through employment by Alfredo's Iron Works, for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT THIRTEEN

The MAY 2018 GRAND JURY further charges:

On or about June 1, 2018, in Cortland, in the Northern District of Illinois, Western Division and elsewhere,

### LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that Individual H had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield Individual H from detection in buildings and other places and through employment by Alfredo's Iron Works, for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

13

## COUNT FOURTEEN

The MAY 2018 GRAND JURY further charges:

On or about June 1, 2018, in Cortland, in the Northern District of Illinois, Western Division and elsewhere,

LUIS ALFREDO DELACRUZ,

defendant herein, did knowingly and in reckless disregard of the fact that Individual I had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield I from detection in buildings and other places and through employment by Alfredo's Iron Works, for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

A TRUE BILL

FOREPERSON

_John R. Lausch, Jr./MTS_
UNITED STATES ATTORNEY