Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE REINHARD | Sitting Judge if Other than Assigned Judge | Iain D. Johnston |
|---|---|---|---|
| CASE NUMBER | 19 CR 50026 | DATE | 4/16/2019 |
| CASE TITLE | USA v. Luis Alfredo Delacruz | | |

### GRAND JURY PROCEEDINGS

DOCKET ENTRY:

The Grand Jury for the May 2018 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE IAIN D. JOHNSTON

Judge Iain D. Johnston

Courtroom Deputy Initials: UP