UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 3:19−cr−50026
Honorable Philip G. Reinhard

Luis Alfredo Delacruz

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

MINUTE entry before the Honorable Iain D. Johnston as to Luis Alfredo Delacruz (1): Initial Appearance and Arraignment held on 4/23/2019. Defendant appears with retained counsel. Indictment received, reviewed and formal reading waived. The defendant enters a plea of not guilty to all counts as to Luis Alfredo Delacruz (1). The defendant's rights are explained on the record and he understands the nature of the charges. The government does not seek detention and agrees to the conditions of release proposed by Pretrial Services. The defendant shall be released on a $5000 cash bond which is due by 5/13/2019. Order setting conditions of release to enter. Protective order to enter. The parties Rule 16.1 conference shall be completed by 5/7/2019. Defendant's oral motion for extension of time is granted. Government's oral motion to exclude time from 4/23/2019 to 7/23/2019 is granted. Status hearing set for 7/23/2019 at 11:00 AM. (X−T) (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.