## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                Case No.: 3:19−cr−50026

                                Honorable Philip G. Reinhard

Luis Alfredo Delacruz

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 23, 2019:

      MINUTE entry before the Honorable Iain D. Johnston as to Luis Alfredo Delacruz (1): Status hearing held on 7/23/2019 and continued to 10/1/2019 at 11:00 AM. The defendant appears with new counsel Viviana Ramirez. New counsel is directed to file an appearance. Defense attorney's oral motion to withdraw as attorney is granted. Isuf Kola is hereby withdrawn from the case as counsel for Luis Alfredo Delacruz (1). Discovery is tendered to new counsel on the record. Defendant's oral motion for extension of time is granted. Government's oral motion to exclude time from 7/23/2019 to 10/1/2019 is granted. (X−T) (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.