**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: USA v. Luis Alfredo DelaCruz

Case Number: 19 CR 50026

An appearance is hereby filed by the undersigned as attorney for:

Luis Alfredo Dela Cruz

Attorney name (type or print): Viviana Ramirez

Firm: Ramirez Law

Street address: 408 N. Lake St.

City/State/Zip: Aurora, IL. 60506

Bar ID Number: 6298913
(See item 3 in instructions)

Telephone Number: 630 340 3391

Email Address: viviana@vramirezlaw.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☒ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☒ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/23/19

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015