UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19-CR-50026 |
| | ) | |
| LUIS ALFREDO DELACRUZ | ) | Judge Philip G. Reinhard |

## SUBSTITUTION OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: /s/ *Vincenza L. Tomlinson*
VINCENZA L. TOMLINSON
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444/ Fax (815) 987-4236