# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                                  Case No.: 3:19−cr−50026
                                                 Honorable Philip G. Reinhard

Luis Alfredo Delacruz

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16, 2019:

      MINUTE entry before the Honorable Iain D. Johnston as to Luis Alfredo Delacruz (1): By way of agreement of counsel, the status hearing set for 10/3/2019 is stricken and is reset to 10/15/2019 at 11:00 AM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.