# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                        Case No.: 3:19–cr–50026

                                                   Honorable Philip G. Reinhard

Luis Alfredo Delacruz

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2019:

      MINUTE entry before the Honorable Iain D. Johnston as to Luis Alfredo Delacruz (1): Status hearing held on 10/15/2019 and continued to 11/26/2019 at 11:00 AM. Defendant's oral motion for extension of time is granted. The Court excludes time pursuant to 18USC3161(h)(7) from 10/1/2019 to 11/26/2019. (X–T) (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.